UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————

No. 19-mj-1261-DLC

———————

UNITED STATES

v.

GENOVEVA ANDRADE,
Defendant

———————

**APPEARANCE OF COUNSEL**

Please enter my appearance as counsel of record for the defendant Genoveva Andrade.

Respectfully submitted

/s/ Charles W. Rankin

_____
Charles W. Rankin
BBO No 411780
Rankin & Sultan
151 Merrimac St.
Boston, MA 02114
(617-720-0011

September 9, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the Electronic Filing System (CM/ECF) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on September 9, 2019.

/s/Charles W. Rankin
Charles W. Rankin